RICHARD MARMARO (Bar No. 91387)
richard.marmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jack.dicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
ronda.mckaig@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Raj P. Sabhlok

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ P. SABHLOK, and MICHAEL PATTISON<br><br>Defendants. | CASE NO. C08-04238 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENDING PAGE LIMITS AND TIME TO RESPOND FOR REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS/MOTION TO STRIKE COMPLAINT**<br><br>Motion Hearing Date: February 6, 2009<br>Time: 10:00 a.m.<br>Location: Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS AND TIME TO RESPOND

**STIPULATION**

WHEREAS the Court's standing order sets forth a 15 page limit on motions, oppositions and reply briefs; and

WHEREAS Mr. Sabhlok and Mr. Pattison took pains to ensure that their motions to dismiss and to strike the Complaint were within the 15 page limit; and

WHEREAS the Securities & Exchange Commission filed oppositions to defendants' motions that exceeded the 15 page limit by 9 pages; and

WHEREAS Defendants are prejudiced by this error; and

WHEREAS, in order to respond to all of the arguments raised in the Securities & Exchange Commission's opposition, Defendants require additional pages for their reply briefs; and

WHEREAS, in order to respond to all of the arguments raised in the Securities & Exchange Commission's opposition, Defendants require additional time to respond; and

WHEREAS the Securities & Exchange Commission has represented to both Defendants that it does not oppose Defendants' requests for additional pages or time, and intends to confirm its assent to these requests in a separate request to the Court for a page limit extension;

IT IS HEREBY STIPULATED THAT Messrs. Sabhlok and Pattison may each file a reply brief with a maximum of 25 pages, and that their reply briefs may be filed on January 27, 2009.

Dated: January 20, 2009          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                 By:   /s/
                                     Ronda McKaig
                                     Attorney for Raj P. Sabhlok

Dated: January 20, 2009          NOSSAMAN LLP

                                 By:   /s/
                                     James Vorhis
                                     Attorney for Michael Pattison

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS AND TIME TO RESPOND
2

**[PROPOSED] ORDER**

For good cause shown, Mr. Sabhlok and Mr. Pattison may each file a reply brief with a maximum of 25 pages, and their reply briefs may be filed on January 27, 2009.

**IT IS SO ORDERED**.

DATED: __Jan 22_____, 2009

_____
Hon. Charles R. Breyer
United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Jack P. DiCanio
Ronda J. McKaig


By:_____/s/ Ronda J. McKaig_____
    RONDA J. MCKAIG
    Attorneys for Defendant
    Raj P. Sabhlok

---
STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS AND TIME TO RESPOND
3