MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LAMARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
tashjianr@sec.gov
WILLIAM T. SALZMANN (Cal. Bar No. 205808)
salzmannw@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      v.<br><br>RAJ P. SABHLOK, and MICHAEL C. PATTISON<br><br>              Defendants. | Case No.  C-08-04238 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DISCOVERY DEADLINES** |

**STIPULATION**

WHEREAS the Court has scheduled the trial in this case to commence on January 25, 2010, and has further scheduled a pretrial conference for January 21, 2010.

WHEREAS defendant Raj P. Sabhlok and defendant Michael C. Pattison have each recently served notices of deposition for witnesses, including for persons whom the parties have learned are not available for a deposition until November 2009.

WHEREAS absent an agreement or Court order setting a different schedule, the deadline for disclosures of expert testimony pursuant to Fed. R. Civ. Proc. 26(a)(2) would fall on October 27, 2009 (with rebuttal expert disclosures due on November 27, 2009).

WHEREAS plaintiff Securities and Exchange Commission (the "Commission") and defendants, through their respective counsel, have met and conferred in order to discuss how the intended discovery may be completed in advance of trial and have determined that the following schedule will provide for the intended discovery while also providing for necessary deadlines.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Commission and defendants Sabhlok and Pattison, through their respective counsel, as follows:

1.      Subject to the exceptions set forth herein, the discovery cut-off for fact discovery shall be November 13, 2009:

a.  An exception shall be made in order to accommodate the following depositions:

i.      Dennis Wong, whose deposition will be completed by Nov. 16, 2009;

ii.     Tim Chou, whose deposition will be completed by Nov. 18, 2009;

iii.    Any deposition of Gary Haroian, Michael Roberts or Wayne Williams will be completed by Nov. 20, 2009.

b.  An exception shall be made in order to accommodate the deposition of Stephen Wong, and any Court intervention in advance of such a deposition; although the parties expect the deposition may occur no later than November 18, 2009, if additional time is necessary in order to obtain the Court's assistance, the deposition will occur on or before December 18, 2009.

2.      The deadline for the parties to disclose, pursuant to Fed. R. Civ. Proc. 26(a)(2), any witness who may be used at trial to present expert opinions (except opinions to be offered solely to

contradict or rebut evidence on the same subject identified by another party) is November 13, 2009;

in addition, any deposition of a person so disclosed shall be taken not later than December 4, 2009.

3. The deadline for the parties to disclose, pursuant to Fed. R. Civ. Proc. 26(a)(2), any

witness who may be used at trial to present expert opinions solely to contradict or rebut evidence on

the same subject identified by another party is December 4, 2009; in addition, any deposition of a

person so disclosed shall be taken not later than December 18, 2009.

  STIPULATED AND AGREED TO:

DATED:  October 9, 2009    Respectfully Submitted,


           */s/ Susan F. LaMarca*
           Susan F. LaMarca
           Attorneys for Plaintiff
           SECURITIES AND EXCHANGE COMMISSION


           */s/ James H. Vorhis*
           James H. Vorhis
           Nossaman LLP
           Attorneys for Defendant
           MICHAEL C. PATTISON


           */s/ Ronda J. McKaig*
           Ronda J. McKaig
           Skadden, Arps, Slate, Meagher & Flom LLP
           Attorneys for Defendant
           RAJ P. SABHLOK

1

**PURSUANT TO STIPULTION, IT IS SO ORDERED.**

2

3

4

5

6

DATED:  Oct. 13, 2009

7



Charles R. Breyer
UNITED                              GE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28