1 | NOSSAMAN LLP
Patrick J. Richard (CA 131046)
2 | prichard@nossaman.com
Brendan F. Macaulay (CA 162313)
3 | bmacaulay@nossaman.com
James H. Vorhis (CA 245034)
4 | jvorhis@nossaman.com
50 California Street, 34th Floor
5 | San Francisco, CA 94111
Telephone:  415.398.3600
6 | Facsimile:   415.398.2438

7 | Attorneys for Defendant
MICHAEL C. PATTISON

8

9

10

11 |                  UNITED STATES DISTRICT COURT

12 |                 NORTHERN DISTRICT OF CALIFORNIA

13 | SECURITIES AND EXCHANGE          Case No:  CV 08-04238-CRB (JL)
COMMISSION,
14
                                    ASSIGNED TO:
15 |            Plaintiff,            THE HONORABLE CHARLES R. BREYER

16 |       vs.                       **STIPULATION AND [PROPOSED] ORDER
                                     RE DEFENDANT'S MOTION TO COMPEL
17 | RAJ P. SABHLOK AND MICHAEL C.    THE DEPOSITION OF WILLIAM T.
PATTISON,                            SALZMANN**
18
            Defendants.             Date:  November 13, 2009
19                                   Time:  10:00 a.m.
                                     Judge: U.S. Magistrate Judge James Larson
20
                                     Date Action Filed: 9/9/08
21

22

23

24 |                          **STIPULATION**

25 |         This Stipulation Re Defendant Michael C. Pattison's Motion to Compel Deposition of

26 | William T. Salzmann is entered into between Plaintiff Securities and Exchange Commission

27 | ("Plaintiff"),  Defendant Michael C. Pattison ("Pattison"), and Defendant Raj P. Sabhlok

28 | ("Sabhlok") with reference to the following facts:

A. A discovery dispute arose between Plaintiff and Defendant Pattison regarding whether Plaintiff must make William Salzmann, one of Plaintiff's attorneys, available for deposition.

B. On October 9, 2009, Defendant Pattison filed a Motion seeking an Order:

    (1) requiring Plaintiff Securities and Exchange Commission ("SEC") to produce William T. Salzmann, Esq., counsel for the SEC, for a deposition by no later than November 24, 2009 on any topic that he may testify on at trial (and accept a deposition notice mail-served on the SEC's counsel);

    or, in the alternative,

    (2) prohibiting Mr. Salzmann from testifying at trial for any purpose.

C. By this Stipulation, the parties wish to resolve this discovery dispute and the Motion.

IT IS HEREBY STIPULATED that:

1. No party will call Mr. Salzmann as a witness to testify in this action for any purpose, nor will any party encourage or advocate that Mr. Salzmann testify for any purpose at trial or otherwise, including in any party's case-in-chief, defense or rebuttal.

2. The Court's entry of an order on this Stipulation shall constitute an Order that Mr. Salzmann shall not testify in this action for any purpose.

3. Upon the Court's entry of an order on this Stipulation, the Motion will be withdrawn.

IT IS SO STIPULATED.

Dated: October 16, 2009      SKADDEN ARPS SLATE MEAGHER & FLOM LLP

By: _____
        Ronda J. McKaig
    Attorneys for Defendant Raj P. Sabhlok

1

2   Dated: October 16, 2009          NOSSAMAN LLP

3

4                                    By: _____
                                         Brendan F. Macaulay
5                                    Attorneys for Defendant Michael C. Pattison

6

7

8   Dated: October 16, 2009          SECURITIES AND EXCHANGE COMMISSION

9

10                                   By: _____
                                         Susan F. LaMarca
11                                   Securities And Exchange Commission

12

13

14  **IT IS SO ORDERED.**

15

16

17                                   _____
    DATED: ___10-20-09___
18                                   United States Magistrate Judge James Larson

19

20

21

22

23

24

25

26

27

28