1  RICHARD MARMARO (Bar No. 91387)
   richard.marmaro@skadden.com
2  JACK P. DICANIO (Bar No. 138782)
   jack.dicanio@skadden.com
3  Lance A. Etcheverry (Bar No. 199916)
   lance.etcheverry@skadden.com
4  RONDA J. MCKAIG (Bar No. 216267)
   ronda.mckaig@skadden.com
5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
6  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
7  Fax: (213) 687-5600

8  Attorneys for Defendant Raj P. Sabhlok

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>RAJ P. SABHLOK and MICHAEL C. PATTISON,<br><br>    Defendants. | Case No. C 08-04238 CRB<br><br>**DEFENDANT RAJ P. SABHLOK'S REQUEST TO APPEAR TELEPHONICALLY AT OCTOBER 28, 2009 HEARING**<br><br>Date:    October 28, 2009<br>Time:    9:30 a.m.<br>Judge:   Hon. James Larson |

Request To Appear Telephonically At October 28, 2009 Hearing; Case No. C 08-04238 CRB

Counsel for Defendant Raj P. Sabhlok hereby respectfully requests leave to appear before Honorable James Larson via telephone for the October 28, 2009 hearing set in this matter. The request is made on the grounds that Defendant Sabhlok's counsel who is most familiar with this matter is located in Los Angeles, California.

Counsel for Defendant Sabhlok can be reached at 213-687-5638 and will be available at that number fifteen minutes before the 9:30 a.m. start time.

Dated: October 26, 2009  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____s/Ronda McKaig_____
Ronda McKaig
Attorney for Defendant Raj P. Sabhlok