NOSSAMAN LLP
Patrick J. Richard (CA 131046)
prichard@nossaman.com
Brendan F. Macaulay (CA 162313)
bmacaulay@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

Attorneys for Defendant
MICHAEL C. PATTISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAJ P. SABHLOK AND MICHAEL C. PATTISON,<br><br>　　　　　Defendants. | Case No:  CV 08-04238-CRB<br><br>ASSIGNED TO:<br>THE HONORABLE CHARLES R. BREYER<br><br>[PROPOSED] ORDER DIRECTING THE CLERK TO FILE UNREDACTED EXHIBITS AND DOCUMENTS IN SUPPORT OF DEFENDANT MICHAEL C. PATTISON'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT<br><br>Date:  December 18, 2009<br>Time:  10:00 a.m.<br>Judge:  Hon. Charles R. Breyer<br>Ctrm:  8 |

242387_1.DOC                                                                                         Case No. CV 08-04238-CRB

[PROPOSED] ORDER DIRECTING THE CLERK TO FILE UNREDACTED EXHIBITS AND DOCUMENTS IN SUPPORT OF DEFENDANT MICHAEL C. PATTISON'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT

1  This matter came on before the Court on the administrative motion of defendant Michael C. Pattison ("Pattison") to file under seal 1) exhibits attached to the Declaration of Patrick J. Richard in Support of Defendant Michael C. Pattison's Administrative Motion to File Under Seal Portions of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (the "Exhibits"), and 2) the unredacted memorandum of points and authorities in support of Pattison's motion for summary judgment (the "Motion").

The Court, having considered the application and finding good cause to issue the order:

IT IS ORDERED that the Clerk of the Court file the Exhibits, the Motion, and the Declaration under seal.

DATED:  November 16  , 2009



_____
Judge Charles R. Breyer