MARC FAGEL (Cal. Bar No. 154425)
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
WILLIAM T. SALZMANN (Cal. Bar No. 205808)
  salzmannw@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C-08-4238 CRB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CHANGE BRIEFING SCHEDULE FOR DEFENDANT MICHAEL PATTISON'S MOTION FOR SUMMARY JUDGMENT |
| RAJ P. SABHLOK  and  MICHAEL PATTISON, | |
| Defendants. | Date:  December 18, 2009<br>Time:  10:00 a.m.<br>Location:  Courtroom 8, 19th Floor<br>          Hon. Charles R. Breyer |

Plaintiff Securities and Exchange Commission and defendant Michael Pattison, by and through their respective counsel, hereby stipulate pursuant to Local Rules 6-3 and 7-12 to change the briefing schedule for the hearing on defendant Pattison's Motion for Summary Judgment.

**STIPULATION**

1. Defendant Pattison filed and served his motion for summary judgment on November 13, 2009, noticing the hearing date of December 18, 2009. The Commission's opposition is currently due to be filed on Friday, November 27, 2009, the day after Thanksgiving.

2. On the Friday following Thanksgiving, the Commission will be short-staffed. In addition, the Commission's counsel is currently attending multiple depositions during the week prior to Thanksgiving, including in Boston, Massachusetts. Consequently, due to events in this case and the intervening holiday, the Commission requires additional time in order to prepare the required response to defendant's motion.

3. The parties have met and conferred and agree that the following altered briefing schedule will accommodate the Commission's request, while permitting the defendant adequate time for a reply:

    Commission's Opposition due: Thursday, December 3, 2009.

    Defendant's Reply due: Thursday, December 10, 2009.

4. The trial of this case is scheduled to commence January 25, 2010, and the Prehearing Conference is scheduled for January 21, 2010.

STIPULATED AND AGREED TO:

Dated: Nov. 17, 2009           /s/ Susan F. LaMarca
                                        Susan F. LaMarca
                                        Attorney for Plaintiff
                                        SECURITIES AND EXCHANGE COMMISSION

Dated: Nov. 17, 2009           /s/ Patrick J. Richard
                                        Patrick J. Richard
                                        Nossaman LLP
                                        Attorneys for Defendant
                                        MICHAEL C. PATTISON

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: Nov. 18, 2009



_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE