UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities and Exchange Commission, | No. C 08-4238 CRB   (JL) |
| Plaintiff, | |
| v. | **ORDER** |
| RAJ P. SABHLOK and MICHAEL C. PATTISON, | |
| Defendants. | |

All discovery in this case has been referred by the district court (Hon. Charles R. Breyer) under 28 U.S.C. §636(b). The Court received the parties' Joint Statement Regarding Deposition Subpoena to PricewaterhouseCoopers "PWC"). The Court finds this matter appropriate for decision without oral argument under Civil Local Rule 7-1(b). After carefully reviewing the parties' positions, the Court finds that It would be unreasonably burdensome to subject PWC to a fifth round of FRCP 30(b)(6) depositions. It would also be futile, since PWC has produced all its most knowledgeable employees on the subject matter areas of Defendant Pattison's deposition subpoenas and does not have any additional employees with knowledge of those topics. PWC has already provided Pattison with over 265,000 pages of documents and produced four of its senior auditors for full-day

1  depositions during which Pattison's counsel examined the witnesses on each of the topics
2  now at issue.
3      Accordingly, the motion of Defendant Pattison for additional depositions from PWC
4  is denied.
5      IT IS SO ORDERED.
6  DATED: December   14,   2009

_____
JAMES LARSON
United States Magistrate Judge

12  G:\JLALL\CHAMBERS\CASES\CIV-REF\08-4238\Order Deny 99.wpd