IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>RAJ P. SABHLOK and MICHAEL PATTISON,<br><br>  Defendants. | No. C 08-4238 CRB<br><br>**ORDER DENYING SUMMARY JUDGMENT** |

Defendant Pattison's motion for summary judgment is DENIED.

**IT IS SO ORDERED.**

Dated: December 23, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\4238\order denying sj.wpd