MARC J. FAGEL (Cal. Bar No. 154425)
SUSAN F. LaMARCA (Cal Bar No. 215231)
lamarcas@sec.gov
ROBERT L. TASHJIAN (Cal Bar No. 191007)
 tashjianr@sec.gov
WILLIAM T. SALZMANN (Cal. Bar No. 205808)
 salzmannw@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RAJ P. SABHLOK  and  MICHAEL PATTISON,<br><br>Defendants. | Civil Action No. C-08-4238 CRB (JL)<br><br>[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND EXCLUDING PROPOSED TESTIMONY OF DEFENDANT'S RETAINED EXPERT RICHARD J. OSTILLER |

1
2   This matter came before the Court on defendant's Michael C. Pattison's Administrative
3   Motion to File Under Seal Portions of Offer of Proof re Richard J. Ostiller.  Defendant's
4   administrative motion follows the Pretrial Conference, held on February 4, 2010, at which the
5   Court heard and considered the parties' motions in limine.  The administrative motion to seal also
6   follow defendant's motion for an offer of proof, which the Court heard on March 19, 2010.
7   The Court, having considered the papers filed in support of the administrative motion to
8   seal, the opposition of plaintiff Securities and Exchange Commission, as well as plaintiff's Motion
9   in Limine No. 1 and defendant's opposition, hereby DENIES defendant's administrative motion to
10  file under seal.  The Court further ORDERS that the written direct testimony of defendant's
11  retained expert, Richard J. Ostiller, is hereby stricken and that Mr. Ostiller shall be precluded from
12  testifying at trial based on defendant's failure to comply with the Court's pretrial Order and for the
13  reasons cited in plaintiff's Motion in Limine No. 1.          CRB
14  **IT IS SO ORDERED.**
15
16  DATED: _____March 31___, 2010      _____
17                                     United States District Court Judge



ORDER DENYING MOT. TO SEAL AND EXCLUDING EXPERT TESTIMONY          Case No. C-08-4238 CRB (JL)