**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    SECURITIES AND EXCHANGE                    No. C-08-4238 EMC
     COMMISSION,
9
                Plaintiff,
10                                              **NOTICE AND ORDER REGARDING
                                                PROPOSED JURY INSTRUCTIONS**
          v.
11
     RAJ P. SABHLOK and MICHAEL C.
12   PATTISON,
13              Defendants.
     _____/
14
15
16         TO ALL PARTIES AND COUNSEL OF RECORD:
17         The Court intends to give the attached instructions at trial commencing on September 7,
18   2010.
19         Any objections shall be filed by **August 13, 2010.**
20
21         IT IS SO ORDERED.
22
23   Dated:  August 9, 2010
24                                              _____
                                                EDWARD M. CHEN
25                                              United States Magistrate Judge
26
27
28