NOSSAMAN LLP
Patrick J. Richard (CA 131046)
prichard@nossaman.com
Brendan F. Macaulay (CA162313)
bmacaulay@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:  415.398.2438

Attorneys for Defendant
MICHAEL C. PATTISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>RAJ P. SABHLOK AND MICHAEL C. PATTISON,<br><br>            Defendants. | Case No:  CV 08-04238 EMC<br><br>ASSIGNED TO:<br>THE HONORABLE EDWARD M. CHEN<br><br>**[PROPOSED] ORDER PERMITTING THE USE IN COURT BY DEFENDANT MICHAEL PATTISON OF SPECIFIED AUDIO, VISUAL, AND TECHNICAL EQUIPMENT AT TRIAL**<br><br>Date:  September 7, 2010<br>Time:  8:30 a.m.<br>Dept.:  Courtroom D, 15th Floor |

250894_1.DOC                                                                                          Case No. CV 08-04238-EMC

The Court having considered Defendant Michael Pattison's administrative motion to permit the use during trial, and to grant permission to bring into the courthouse, certain audio, visual, and technical equipment, and good cause appearing therefor:

IT IS HEREBY ORDERED:

Defendant Michael Pattison may bring the following items into the courthouse on or after Thursday, September 2, 2010, for use at the trial of this case:

1) One Tech Table
2) One 17" Monitor
3) One 2-way Switch
4) One 4x1 Switch
5) One 2-way Distribution Amplifier
6) Four Laptops
7) One Anchor Speaker.
8) Cabling and Tape

IT IS SO ORDERED.

DATED: 8/26 , 2010



_____
EDW
UNITED STATE

250894_1.DOC                                  - 1 -                            Case No. CV 08-04238-EMC

[PROPOSED] ORDER PERMITTING THE USE IN COURT BY DEFENDANT MICHAEL PATTISON OF SPECIFIED AUDIO, VISUAL, AND TECHNICAL EQUIPMENT AT TRIAL