UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>RAJ P. SABHLOK and MICHAEL C. PATTISON,<br><br>       Defendants.<br>_____/ | No. C-08-4238 EMC<br><br>**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the nine (9) members of the jury in the above-entitled matter at the expense of the United States from September 7, 2010 to September 24, 2010. On September 7, 2010, refreshments shall be delivered to the jury room for Courtroom D, 15th Floor by 12:30 p.m. On September 8 to September 24, 2010, refreshments shall be delivered by 8:00 a.m.

     IT IS SO ORDERED.

Dated: August 27, 2010

                                                  EDWARD M. CHEN<br>
                                                  United States Magistrate Judge

cc: David Weir
     Cafe 450