UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL C. PATTISON,<br><br>    Defendant.<br>_____/ | No. C-08-4238 EMC<br><br>**FURTHER PRETRIAL ORDER REGARDING PRELIMINARY JURY INSTRUCTIONS** |

    Based on the Joint Statement Regarding Preliminary Jury Instructions and Exhibit Redactions filed 8/29/10, the Court will read the following jury instructions before the presentation of evidence:

    Jury Instruction No. 1A (variant of Jury Instruction No. 1)

    Jury Instruction No. [2]

    Jury Instruction No. [13]

    Jury Instruction No. [3]

    Jury Instruction No. [4]

    Jury Instruction No. [5]

    Jury Instruction No. [6]

    Jury Instruction No. [16]

    Jury Instruction No. [26]

    Jury Instruction No. [7]

1         Jury Instruction No. [8]

2         Jury Instruction No. [10]

3         Jury Instruction No. [11]

4         Jury Instruction No. [15]

5         Jury Instruction No. [12]

6         Jury Instruction No. [33P & 33D]

7         Jury Instruction No. [34]

8         Jury Instruction No. [27]

9         Jury Instruction No. [9]

10     The Court will read the previously stipulated to Instruction No. [2] summarizing the case, and not the newly proposed instruction proffered by Defendant.

    The Court further notes that the anticipated examination times contained in each party's witness list is likely to exceed the 24 hour per side limit imposed by the Court (which includes time on cross-examination). The parties are forewarned that Court intends to adhere to the time limit previously set.

IT IS SO ORDERED.

Dated: August 30, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

2