UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    v.

RAJ P. SABHLOK and MICHAEL C. PATTISON,

        Defendants.
_____/

No. C-08-4238 EMC

**ORDER RE DEPOSITION DESIGNATIONS (STEPHEN WONG)**

The Court has reviewed the deposition designations, cross-designations, and objections made by the parties with respect to the deposition testimony of Stephen Wong. Attached is the Court's rulings on the objections. "OR" indicates that an objection(s) has been overruled. "S" indicates that an objection(s) has been sustained. Where an objection(s) has been sustained, the Court has crossed out that portion of the testimony that shall not be introduced as evidence. If there is any remaining testimony that has not been stricken, that testimony may be introduced as evidence.

IT IS SO ORDERED.

Dated: September 1, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge