**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C-08-4238 EMC |
|       Plaintiff, | |
|    v. | **ORDER RE FINAL JURY INSTRUCTIONS** |
| RAJ P. SABHLOK and MICHAEL C. PATTISON, | |
|       Defendants. | |
| _____/ | |

     The Court, having received the latest objections and comments, hereby issues its final ruling on jury instructions.  The Court has highlighted relevant rulings thereon.  The Court intends to read the Preliminary Jury Instructions prior to the taking of evidence.  It will read the Final Jury Instructions upon completion of the presentation of evidence.  The jury will receive a clean copy (without notations) when it commences deliberations.

     IT IS SO ORDERED.

Dated:  September 1, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge