**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8    SECURITIES AND EXCHANGE                    No. C-08-4238 EMC
     COMMISSION,
9
              Plaintiff,
10                                              **NOTICE AND ORDER REGARDING**
                                                **PROPOSED VERDICT FORM**
11        v.
     MICHAEL C. PATTISON,
12
              Defendant.
13   _____/
14
15        TO ALL PARTIES AND COUNSEL OF RECORD:
16        The Court intends to give the attached verdict form upon completion of trial.
17
18        IT IS SO ORDERED.
19
20   Dated:  September 21, 2010
21                                              _____
                                                EDWARD M. CHEN
22                                              United States Magistrate Judge
23
24
25
26
27
28