UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    v.

RAJ P. SABHLOK and MICHAEL C.
PATTISON,

        Defendants.

_____/

No. C-08-4238 EMC

**ORDER DIRECTING JURY
COMMISSIONER TO FURNISH
LUNCH TO JURY DURING
DELIBERATION**

     **IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily lunch (during jury deliberation) for the eight (8) members of the jury in the above-entitled matter at the expense of the United States on September 24, 2010 until deliberation is finished.  Lunch shall be delivered to the jury room for Courtroom D, 15th Floor by 11:45 a.m.

     IT IS SO ORDERED.

Dated:  September 24, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

cc: David Weir

   Cafe 450

United States District Court

For the Northern District of California